IN THE UNITED STATES DISTCT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

-------------------------------------------------------------------X

BAYLOR SCOTT & WHITE HEALTH,   Case No.: 6:24-cv-00482

Plaintiff,

-against-

FLORENCE HEALTHCARE, INC.,

Defendant,

-------------------------------------------------------------------X

## DEFENDANT'S NOTICE OF REMOVAL

Defendant Florence Healthcare, Inc. ("Florence") files this Notice of Removal under 28 U.S.C. §§ 1441(b) and 1446(b), removing the above-captioned case to the United States District Court for the Western District of Texas, Waco Division because there is diversity of citizenship between the parties and the stated amount in controversy exceeds $75,000.

### I.   PROCEDURAL POSTURE

1. On August 13, 2024, Plaintiff Baylor Scott & White Health ("BSWH") filed its Original Petition in the lawsuit styled *Baylor Scott & White Health v. Rite of Passage, Inc.,* Cause No. 24DCV348030 in the 146th District Court of Bell County, Texas, in which BSWH alleges that Florence breached the terms of the Software as a Service Agreement effective as of May 9, 2022 (the "Agreement") and seeks actual damages and attorneys' fees.

2. On August 20, 2024, Florence was served with BSWH's Original Petition.  Pursuant to Texas Rule of Civil Procedure 11, Florence and BSWH agreed to extend Florence's deadline to file an answer, move or otherwise respond to the Original Petition to September 30, 2024.

## II.   PLAINTIFF'S ALLEGATIONS

3. BSWH and Florence entered into the Agreement. Pursuant to the Agreement, Florence granted BSWH a license to access and use certain software to be provided by Florence. BSWH made a prepayment of $278,240.00 (the "Prepayment") to Florence.[1]

4. BSWH alleges that the Agreement stated that BSWH may terminate it for any reason upon sixty (60) days prior written notice. BSWH further alleges that the Agreement stated that Florence was required to issue BSWH any unused funds within thirty (30) days after termination of the Agreement and to return all of BSWH's data.[2]

5. BSWH alleges that on July 11, 2023 it gave written notice of termination of the Agreement to Florence. BSWH alleges that the reason provided in this notice of termination concerned security. In addition, BSWH alleges that at the time of termination it had never been able to use Florence's software and was several months away from implementation of the software.[3]

6. In the notice of termination, BSWH contended that all of the Prepayment was unused and demanded the total Prepayment by October 5, 2023.[4]

7. On August 8, 2023, Florence responded by letter to BSWH's claims indicating that it would not be providing the Prepayment.[5]

8. BSWH alleges that by refusing to provide it the Prepayment, Florence breached the Agreement's right to terminate.[6]

9. BSWH seeks the Prepayment, attorney's fees, pre-judgment and post-judgment interest, and court costs.[7]

---

[1] Exhibit "A," BSWH's Original Petition at ¶5.1.
[2] *Id.*
[3] *Id.* at ¶5.2.
[4] *Id*.
[5] *Id*.
[6] *Id*. at 6.1.
[7] *Id*. at 7.1.

10. Florence denies the allegations in their entirety, as the reasons for termination were unfounded, unsubstantiated, and based on inaccurate information. Further, BSWH's notice of termination was deficient and defective as it did not permit Florence with an opportunity to cure any alleged breach.

### III.   PROCEDURAL REQUIREMENTS FOR REMOVAL

10. Florence was served with BSWH's Original Petition on August 20, 2024[8]. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b) within thirty (30) days of receipt of the initial pleading setting forth a claim for relief. *Murphy Bros., Inc. v. Michette Pipe Stringing, Inc.*, 199 S. Ct. 1322, 1328-29 (1999).

11. The state court has not signed any orders in this case.

12. Pursuant to 28 U.S.C. § 1446(a), Florence attaches the following documents:

    a. Civil Cover Sheet, attached as Exhibit "A"; and

    b. All pleadings asserting causes of action, along with all other documents included in the state court file, attached as Exhibit "B".

13. No executed processes have been filed with the Clerk of the 146th Judicial District Court of Bell County, Texas, and no docket control order has been issued as of the date of this filing.

14. Under 28 U.S.C. § 1442(a), venue of the removed action is proper in this Court as this is the district where the state action is pending.

15. Florence will promptly give BSWH written notice of this Notice of Removal as required by 28 U.S.C. § 1446(d). Florence will also promptly file a copy of this Notice of Removal with the Clerk of the 146th Judicial District Court of Bell County, Texas, where the action is currently pending also pursuant to § 1446(d).

---

[8] Exhibit "B," Affidavit of Service at pg. 10.

## IV.     BASIS FOR REMOVAL

16.     Florence would show the basis for removal is diversity jurisdiction under 28 U.S.C. § 1332.

17.     There is complete diversity of citizenship between the parties pursuant to 28 U.S.C. § 1332.

18.     BSWH is a domestic non-profit corporation incorporated in the state of Texas with headquarters in Texas.[9]

19.     Florence is a foreign for-profit corporation incorporated in the state of Georgia with its principal place of business in Georgia.

20.     Accordingly, there is diversity of citizenship between the parties.

21.     The amount in controversy in this case exceeds $75,000.00.  BSWH seeks monetary damages for $278,240.00, plus interest, attorneys' fees, and court costs.

22.     Therefore, there is diversity jurisdiction and removal is proper.  28 U.S.C. § 1332.

## PRAYER

Based on the foregoing, Defendant Florence Healthcare, Inc. prays that this case be removed to the United States District Courts for the Western District of Texas, Waco Division, and for all other relief to which it may be entitled.

---

[9] Exhibit "A," BSWH's Original Petition at ¶1.1.

Respectfully submitted,

**Gordon Rees Scully Mansukhani LLP**

By: *(signed) Chris Raney*

**Chris Raney**
State Bar No. 24051228
craney@grsm.com
1900 West Loop South, Suite 1000
Houston, Texas 77027
(713) 961-3366 (Phone)
(713) 961-3938 (Fax)

*Attorneys for Defendant Florence Healthcare, Inc.*

## CERTIFICATE OF SERVICE

This document was served on counsel for Baylor Scott & White Health in the state court action by email on **September 18, 2024**.

*(signed) Chris Raney*

**Chris Raney**